UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6599 PSG (MRW) | Date | July 13, 2015 |
|---|---|---|---|
| Title | Clay v. Papik | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) SCHEDULING ORDER

    1.    After reviewing the City Attorney's recent submission (Docket # 34), the Court understands that Plaintiff appeared for her deposition and gave substantive testimony. In light of this, the Court GRANTS the City's pending motion to modify the pending case deadlines. (Docket # 29.) The motion to dismiss the action is DENIED without prejudice.

    2.    The Court sets the following revised deadlines for this action:

| Event | Date |
|---|---|
| Fact Discovery to be Completed | October 26, 2015 |
| Expert Disclosure Produced | November 16, 2015 |
| Expert Discovery Concluded | January 18, 2016 |
| ADR Completed | January 18, 2016 |
| Last Day for Summary Judgment Motions to Be Heard | February 24, 2016 |