# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Kathy Glenn Clay,<br><br>PLAINTIFF(S)<br>v.<br><br>Papik,<br><br>DEFENDANT(S). | CV 14-6599 MRW<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable  Michael R. Wilner  , Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Kathy Glenn Clay

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Papik

Clerk, U. S. District Court

Dated: September 6, 2016        By Veronica Piper
                                                                       Deputy Clerk

cc:    Counsel of record